UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LYNN K. STARR,

        Plaintiff,        Case no. 08-12434
                              Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed the Magistrate Judge's report and recommendation as well as any objections filed by the parties, and upon review;

**IT IS HEREBY ORDERED** that the report and recommendation is **ADOPTED**.

                                                s/John Corbett O'Meara
                                                United States District Judge

Date: August 10, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 10, 2009, by electronic and/or ordinary mail.

                                                  s/William Barkholz
                                                Case Manager